# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT
_____

TRACY BRILEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2136
_____

January 2, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.


PER CURIAM.

Affirmed.

SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.
_____

Opinion subject to revision prior to official publication.